**Electronically Filed
Supreme Court
SCWC-22-0000532
25-JUL-2025
12:54 PM
Dkt. 5 ODSAC**

SCWC-22-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILMINGTON SAVINGS FUND SOCIETY, FSB, as Owner Trustee
of the Residential Credit Opportunities Trust VI-A,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM HALEMANO FREDERICK,
Petitioner/Defendant-Appellant,

and

UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA;
FEDERAL HOME LOAN MORTGAGE CORPORATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000532; CASE. NO. 1CC171001439)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is ordered that Petitioner/Defendant-Appellant's application for writ of certiorari, filed July 23, 2025, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, July 25, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2